**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WTF TECHNOLOGY PARTNERS, INC and
WESLEY WINARSKI**,**
        Plaintiffs,
v.                                                    CASE NO.:  6:16-cv-00840-GAP-DAB

VERICORE LLC dba VERICORE
        Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

    COMES now plaintiffs, WTF Technology Partners, Inc. and Wesley Winarski (plaintiffs), and defendant, Vericore LLC d/b/a Vericore (Vericore), by and through their undersigned counsel, in the above-titled action, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

    Dated this 26th day of October 2016.

*/s/ Justin R. Infurna*
Justin R. Infurna, Esq.
Florida Bar No. 84284
The Infurna Law Firm, P.A.
121 South Orange Ave., Suite 1500
Orlando, FL 32801
Telephone/Facsimile: 1-800-774-1560
justininfurna@alwaysavailablelawyer.com

*Attorney for Plaintiffs*

*/s/ Ashley N. Rector*
Ashley N. Rector, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (866) 466-3140
arector@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant*

1